In re JOHN FREMONT et al.

No. A-2135.

Petition of John Fremont for writ of habeas corpus, to be admitted to bail. Bail allowed.

F. E. Riddle, for petitioner.

PER CURIAM. Application for bail allowed and fixed at five thousand dollars, be and to be approved by the clerk of the district court of Comanche county.

---

HARVE WALKER v. STATE.

No. A-2154.

Appeal from County Court, Greer County;

H. M. Thacker, Judge.

Harve Walker was convicted of assault and battery, and appeals. Affirmed.

Wylie Snow, J. A. Minton, and E. M. Stewart, for plaintiff in error.

S. I. McElhoes, Asst. Atty. Gen., for the State.

PER CURIAM. The plaintiff in error, Harve Walker, was convicted at the October, 1913, term .of the county court of Greer county on a charge of assault and battery, and his punishment fixed at a fine of five dollars. A careful examination of the record and briefs discloses no error sufficient to justify a reversal of the judgment. It is, therefore, affirmed.

---

In re CHARLES BASHARA.

No. A-2162.

Petition of Charles Bashara for writ of habeas corpus, to be let to bail. Bail denied.

Barefoot & Carmichael, Bond & Melton, and F. E. Riddle, for petitioner.

Oscar Simpson, Co. Atty., for respondent.

PER CURIAM. The petitioner, Charles Bashara, represents that he is unlawfully restrained of his liberty and unlawfully imprisoned in the county jail of Grady county by John C. Lewis, sheriff of said county, by virtue of a commitment issued on an examining trial on the charge of murder, holding said petitioner to answer in the district court; that he is entitled to bail pending his trial in said district court, because the proof is not evident or the presumption great. Upon a careful consideration of all the evidence presented in support of the application, it is the opinion of the court that the writ be denied.